UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:17-cv-00476-JRG-KNM

Name of party requesting extension: Volusion, LLC

Is this the first application for extension of time in this case?  ☐ Yes

☑ No

If no, please indicate which application this represents:  ☑ Second

☐ Third

☐ Other _____

Date of Service of Summons: 08/22/2017

Number of days requested:   ☐ 30 days

☑ 15 days

☐ Other _____ days

New Deadline Date: 10/27/2017   *(Required)*

---

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Brian C. Nash

State Bar No.: 24051103

Firm Name: Pillsbury Winthrop Shaw Pittman LLP

Address: 401 Congress Avenue
Suite 1700
Austin, TX 78701

Phone: 512-580-9629

Fax:  512-580-9601

Email: brian.nash@pillsburylaw.com

---

A certificate of conference does not need to be filed with this unopposed application.