IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PHERAH LLC, | § | |
| Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION NO. 6:17-cv-00476-JRG-KNM |
| VOLUSION LLC, | § § | JURY DEMANDED |
| Defendant. | § § § | |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Pherah LLC and Defendant, Volusion LLC (collectively "The Parties") hereby submit this motion and provide notice to the Court pursuant to the Court's Standing Order Regarding Proper Notification of Settlement to the Court. The Parties have reached a settlement in principle of this matter. Specifically, all matters in controversy between the Parties have settled in principle.

In furtherance of the Parties' agreement, the Parties jointly move the Court for a temporary stay of all pending deadlines as to Pherah and Volusion for a period of thirty (30) days so that appropriate dismissal papers may be submitted.

-2-

Date: October 27, 2017                                  Respectfully submitted,


                                                        */s/ Brian C. Nash*
                                                        Brian C. Nash
                                                        Texas State Bar No. 24051103
                                                        brian.nash@pillsburylaw.com
                                                        401 Congress Avenue, Suite 1700
                                                        Austin, Texas 78701
                                                        Telephone:  (512) 580-9629
                                                        Facsimile:   (512) 580-9601

                                                        ***Counsel for Defendant Volusion LLC***


                                                        */s/ Papool S. Chaudhari*
                                                        Papool S. Chaudhari
                                                        Texas State Bar No. 24076978
                                                        Chaudhari Law, PLLC
                                                        P.O. Box 1863
                                                        Wylie, Texas 75098
                                                        Phone: (214) 702-1150
                                                        Fax: (214) 705-3775
                                                        Papool@ChaudhariLaw.com

                                                        ***Counsel for Plaintff Pherah LLC***

**CERTIFICATE OF CONFERENCE**

I hereby certify that this I have been authorized by counsel for Plaintiff to add their signature and make this joint filing.

/s/ Brian C. Nash
Brian C. Nash

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of October, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Brian C. Nash
Brian C. Nash