IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **PHERAH LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**VOLUSION, LLC**<br><br>  Defendant. | **CIVIL ACTION NO 6:17-cv-476**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

The plaintiff, Pherah LLC, and defendant, Volusion, LLC, pursuant to Fed. R. Civ. P. 41(a)(2), hereby move for an order dismissing all claims in this action WITHOUT PREJUDICE.  Each party to bear its own costs, expenses and attorneys' fees.

Respectfully Submitted,

Dated:  December 15, 2017       By:    */s/ Papool S. Chaudhari*
                                                      _____
                                                      Papool S. Chaudhari
                                                      Texas State Bar No. 24076978
                                                      Chaudhari Law, PLLC
                                                      P.O. Box 1863
                                                      Wylie, Texas 75098
                                                      Phone: (214) 702-1150
                                                      Fax: (214) 705-3775
                                                      Papool@ChaudhariLaw.com

                                                      **ATTORNEY FOR PLAINTIFF
                                                      PHERAH LLC**

/s/ Brian C. Nash
Brian C. Nash
Texas State Bar No. 24051103
brian.nash@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
401 Congress Ave., Suite 1700
Austin, Texas 78701
Tel:  (512) 580-9629
Fax:  (512) 580-9601

**ATTORNEY FOR DEFENDANT VOLUSION, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(b).  As such, the foregoing was served on all counsel of record who have consented to electronic service. Local Rule CV-5.  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5, all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing via US Mail via 15th day of December, 2017.

/s/ Papool S. Chaudhari

Papool S. Chaudhari